| Case No. | **CV 18-6141-DMG (GJS)** | Date | September 4, 2018 |
|---|---|---|---|
| Title | *I.L., a minor, et al. v. Dollar Tree Stores, Inc.* | Page | 1 of 2 |

Present: The Honorable　DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:　IN CHAMBERS - ORDER RE DECLARATION OF ETHAN YSAIS IN RESPONSE TO MINUTE ORDER REQUIRING RULES-COMPLIANT STIPULATION TO REMAND AND CAP DAMAGES AND DECLARATION IN SUPPORT THEREOF [20]**

On August 8, 2018, the parties filed a stipulation to remand this matter to state court. Plaintiff I.L., a minor, through the Guardian *ad Litem* ("GAL"), also agreed that the alleged damages resulting from the alleged incident that forms the basis of this action should be capped at $74,999.99, and that if Plaintiff's damages should exceed that sum, Plaintiff waives the right to claim or recover any amount in excess of $74,999.99.

Under California law and this court's Local Rules, however, a GAL's authority to compromise a minor plaintiff's claim is subject to court approval. Local Rule 17-1.3; Cal. Civ. Proc. § 372(a)(1); Cal. Rules of Court 3.1384. Also, under Federal Rule of Civil Procedure 17(c), district courts have a special duty to safeguard the interests of litigants who are minors. *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011).

Because the parties' initial stipulation failed to make any showing the stipulation and waiver of damages in excess of $79,999.99 was in the best interests of the minor plaintiff, the Court was unable to approve it. Accordingly, through a Minute Order dated August 15, 2018, the Court declined to approve the stipulation without prejudice to their refiling a new stipulation and declaration by Plaintiff's counsel or the GAL briefly addressing the basis for the determination that it is in Plaintiff's best interest to waive damages in excess of $74,999.99.

Ethan Ysais, counsel for Plaintiff, filed a declaration on August 30 stating that he believes the matter should have originally been filed in state court as a limited jurisdiction case with a maximum recovery of $25,000. Mr. Ysais also states that he believes the case will likely be resolved without further litigation once the matter is remanded to state court. The Court is satisfied with these justifications for remanding the case and limiting recoverable damages to less than $75,000.

UNITED STATES DISTRICT COURT     JS-6 / REMAND
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 18-6141-DMG (GJS)** | Date | September 4, 2018 |
|---|---|---|---|
| Title | ***I.L., a minor, et al. v. Dollar Tree Stores, Inc.*** | Page | 2 of 2 |

    Therefore, in the interest of the efficient administration of justice, the Court will construe Mr. Ysais' declaration as a stipulation of the parties and a declaration in support of that stipulation such that they comply with the Court's August 15, 2018 order. The parties stipulation to remand and cap Plaintiff's damages is **APPROVED**.

**IT IS SO ORDERED.**